◈PROB 12B
(7/93)

# UNITED STATES DISTRICT COURT
## for the
## Southern District of Mississippi
## Western Division



### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender:  James ROBINSON                                         Case Number:  5:01cr17BrN-001

Name of Sentencing Judicial Officer:  Honorable David C. Bramlette

Date of Original Sentence:  December 2, 2002

Original Offense:  Mail Fraud, 18 U.S.C. §§ 1341 and 2

Original Sentence:  twenty-six (26) months custody of the Bureau of Prisons with three (3) years supervised release to follow

Type of Supervision:  Supervised Release             Date Supervision Commenced:  (not yet released to TSR)

## PETITIONING THE COURT

☐ To extend the term of supervision for _____ years, for a total term of _____ years.
☒ To modify the conditions of supervision as follows:

James Robinson will reside at the Community Sanction Center (CSC), Bannum Place of Jackson, 1031 Wholesale Row, Jackson, Mississippi for a period of six (6) months, or until he secures a residence that is pre-approved by the supervising U.S. Probation Officer. Robinson is currently incarcerated at the Federal Correctional Complex, Low in Yazoo City, Mississippi and is scheduled for release July 18, 2006. While a resident at the CSC, Robinson shall agree to comply with all of the conditions of his supervised release in addition to following all rules of the Community Sanction Center. By signing this waiver, Robinson agrees to the modification without having to appear in Court. This modification is the result of Robinson's failure to submit a prerelease address to the Southern District of Mississippi.

## CAUSE

This modification is in response to Robinson's request for assistance for Community Sanction Center (CSC) placement as a community corrections component (public law) case. Robinson has also failed to provide a proposed residence where he would live after release from the BOP.

Reviewed and Approved:                              Respectfully submitted,

_Martha S. Gardner_                                  _Brian Keith Joyner_
Martha S. Gardner, Supervising                       Brian Keith Joyner
U.S. Probation Officer                               U.S. Probation Officer
Date:  06/06/06                                      Date:  6/5/06

RE:   ROBINSON, James
Case No. 5:01cr17BrN-001
Probation 12B
Page 2 of 2

## THE COURT ORDERS:

☐ No action.

☐ The extension of supervision as noted above.

☒ The modification of conditions as noted above.

☐ Other

_____
Signature of Judicial Officer

6/6/06
Date

PROB 49        JAMES ROBINSON     DOCKET NO. : 0538 5:01cr17BrN-001

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
# for the
# SOUTHERN DISTRICT OF MISSISSIPPI

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Supervised Release or to the proposed extension of my term of supervision:

**James Robinson will reside at the Community Sanction Center (CSC), Bannum Place of Jackson, 1031 Wholesale Row, Jackson, Mississippi for a period of six (6) months, or until he secures a residence that is pre-approved by the supervising U.S. Probation Officer. Robinson is currently incarcerated at the Federal Correctional Complex, Low in Yazoo City, Mississippi and is scheduled for release July 18, 2006. While a resident at the CSC, Robinson shall agree to comply with all of the conditions of his supervised release in addition to following all rules of the Community Sanction Center. By signing this waiver, Robinson agrees to the modification without having to appear in Court. This modification is the result of Robinson's failure to submit a prerelease address to the Southern District of Mississippi.**

Witness: _____        Signed: _____
Federal Correctional Complex, Low           Bureau of Prisons Inmate
Yazoo City, Mississippi                      James Robinson
A. LaRochelle, BOP Case Manager              Register No.: 10203-042

Witness: _____
F.C.C., Low
Yazoo City, Mississippi

5/22/06
DATE